RECEIVED
NOV 2 2 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| CLARA MAE RANDLE | *CIVIL ACTION NO. 05CV1930 |
| VS. | *JUDGE HAIK |
| PFIZER, INC. | *MAGISTRATE JUDGE HILL |

## ORDER REGARDING JURISDICTIONAL AMOUNT

The record shall reflect that this court has conducted a review of the jurisdictional amount in this case and concludes that it appears that jurisdictional amount exists. In this product liability action, the plaintiff claims to have suffered a stroke as a result of her ingestion of Bextra, a medication allegedly manufactured by the defendant. Plaintiff also alleges that she seeks more than $50,000 in damages.

Signed this 22 day of November, 2005, at Lafayette, Louisiana.

C. Michael Hill
C. MICHAEL HILL, MAGISTRATE JUDGE

EXHIBIT B