CLOSED

## U.S. District Court
### Southern District of Illinois (East St. Louis)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00126-JPG-PMF
### Internal Use Only

| | |
|---|---|
| Miller v. G.D. Searle LLC. et al | Date Filed: 02/15/2007 |
| Assigned to: Judge J. Phil Gilbert | Date Terminated: 06/04/2007 |
| Referred to: Mag Judge Philip M. Frazier | Jury Demand: Defendant |
| Case in other court: Madison, 06-L-878 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332 Diversity-Petition for Removal | Jurisdiction: Diversity |

**Plaintiff**

**Robert Miller**  represented by  **Robert D. Rowland**
Goldenberg, Heller, et al.
Generally Admitted
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
618-656-5150
Email: rrowland@ghalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**G.D. Searle LLC.**  represented by  **Robert H. Shultz, Jr.**
Heyl, Royster et al. - Edwardsville
Generally Admitted
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
618-656-4646
Email: rshultz@hrva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer, Inc.**  represented by  **Robert H. Shultz, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**  represented by  **Robert H. Shultz, Jr.**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**          represented by **Robert H. Shultz, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/15/2007 | 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 300 4116984. Documents may now be electronically filed. Case number 07-126-WDS must be placed on all documents prior to filing them electronically. (Attachments: # 1 notice to consent to trial by Magistrate Judge)(dkd) (Entered: 02/16/2007) |
| 02/16/2007 | 2 | NOTICE OF REMOVAL by G.D. Searle LLC., Pfizer, Inc., Pharmacia Corporation from Circuit Court for the Third Judicial Circuit, Madison County, Illinois, case number 06-L-878. ( Filing fee $ 350) (Attachments: # 1 Civil Cover Sheet # 2 Exhibit A (Complaint)# 3 Exhibit B)(Shultz, Robert) (Entered: 02/16/2007) |
| 02/19/2007 | 3 | ANSWER to Complaint with Jury Demand *and Separate and Additional Defenses to Plaintiff's Complaint at Law* by G.D. Searle LLC., Pfizer, Inc., Pharmacia Corporation.(Shultz, Robert) (Entered: 02/19/2007) |
| 02/19/2007 | 4 | Corporate Disclosure Statement by G.D. Searle LLC., Pfizer, Inc., Pharmacia Corporation. (Shultz, Robert) (Entered: 02/19/2007) |
| 05/02/2007 | 5 | ORDER OF RECUSAL. Judge William D. Stiehl recused. Case reassigned to Judge J. Phil Gilbert for all further proceedings. Signed by Judge William D. Stiehl on 05/02/07. (jkb) (Entered: 05/02/2007) |
| 06/04/2007 | 6 | CONDITIONAL ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Northern District of California.Signed by MDL panel on 5/29/07. (Attachments: # 1 Transfer letter)(bkl) (Entered: 06/05/2007) |
| 06/05/2007 | 7 | Letter from USDC to MDL Northern District of California. (bkl) (Entered: 06/05/2007) |