Robert D. Rowland
Lindsay Rakers
**GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C.**
P.O. Box 959
Edwardsville, Illinois 62025
Telephone: 618-656-5150
Facsimile: 618-656-6230
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

This Document Relates To:

*Donald G. Newmann v. Pfizer Inc.*
(05-5359 CRB)

*Lehnen, Marie, et al. v. G.D. Searle, et al.*
(06-2669 CRB)

*Marcy A. West v. Merck & Co., Inc., et al.*
(06-3015 CRB)

*Jerry M. Dance v. Merck & Co., Inc., et al.*
(06-3016 CRB)

*Edward Spinaio v. G.D. Searle, et al.*
(06-3036 CRB)

*Lonnie Case v. Merck & Co. Inc., et al.*
(06-3180 CRB)

*Richard Menzel v. Merck & Co., Inc., et al.*
(06-3181 CRB)

*Vincent Calamia v. Merck & Co., Inc., et al.*
(06-3182 CRB)

*Jessie Abbott v. Merck & Co., Inc., et al.*
(06-3306 CRB)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

*Berlin Jenkerson* v. *Merck & Co. Inc., et al.*
(06-3307 CRB)

*Thomas Kasper* v. *Merck & Co. Inc., et al.*
(06-3309 CRB)

*Josephine Tourville* v. *Merck & Co., Inc., et al.*
(06-3310 CRB)

*Arzie Stephens* v. *Merck & Co., Inc., et al.*
(06-3311 CRB)

*Henry Kahn, et al.* v. *Pfizer Inc..et al.*
(06-4600 CRB)

*Carol Copeland* v. *G.D. Searle LLC, et al.*
(07-3023 CRB)

*Suzanne Steinbach* v. *Merck & Co., Inc., et al.*
(07-0495 CRB)

*John Moseley* v. *Merck & Co., Inc., et al.*
(07-0496 CRB)

*Joni Hebblethwaite* v. *Merck & Co., Inc., et al.*
(07-0498 CRB)

*Kevin Miller* v. *Merck & Co, Inc., et al.*
(07-0596 CRB)

*Lena Scher* v. *Merck & Co., Inc., et al.*
(07-2533 CRB)

*Laurence Schmidt* v. *Merck & Co., Inc., et al.*
(07-2534 CRB)

*Patty Foreman* v. *Merck & Co., Inc., et al.*
(07-2535 CRB)

*Robert Miller* v. *G.D. Searle LLC, et al.*
(07-3127 CRB)

*Robert J. Smith, Jr., et al.* v. *Merck & Co., Inc., et al.*
(07-3488 CRB)

*Williamson, Wilburn, et al.* v. *Merck & Co., Inc., et al.*
(07-3489 CRB)

---

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 11-2, 2009 By: ____________________

**GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C.**
P.O. Box 959
Edwardsville, Illinois 62025
Telephone: 618-656-5150
Facsimile: 618-656-6230

*Attorneys for Plaintiffs*

DATED: Nov. 4, 2009 By: ____________________

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009 ____________________

Hon. Charles R. Breyer
United States District Court